UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61072-CIV-HUCK/SIMONTON

JOSEPH J. SCATURRO,

    Plaintiff,

vs.

SEMINOLE CASUALTY INSURANCE
COMPANY, CARL N. SEAMAN,
CARL & ASSOCIATES, LLC,
METLIN MARKETING COMPANY, LLC,
and METLIN HOLDING COMPANY, LLC,

    Defendants.
_____/



### FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal (D.E. #48) filed on January 17, 2008. Having considered the Notice of Voluntary Dismissal and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1). All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 23rd day of January, 2008.



Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record